UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:12-cr-161 |
| v. | ) | |
| | ) | JUDGE SHARP |
| ZEID HASAN PRATT | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

The United States respectfully requests that this Court grant a 7-day extension of time to file a response to Defendant's Motion to Suppress in the instant case, which is currently due May 17, 2013.

As grounds for this Motion, the undersigned states that she has been out of the District for training since Monday, May 13, 2013.

The United States has consulted with defendant's attorney, Richard Tennent, and he has no objection to the extension of time.

Respectfully submitted,

DAVID A. RIVERA
ACTING UNITED STATES ATTORNEY

By: s/Lynne T. Ingram
LynneT. Ingram
Assistant United States Attorney
110 Ninth Avenue South, A-961
Nashville, TN 37203
(615) 736-5151