UNITED STATES OF AMERICA
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:12-00161 |
| | ) | Judge Sharp |
| ZEID HASAN PRATT | ) | |

# ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant's "Motion to Suppress the Fruits of Unconstitutional Detention" (Docket No. 30) is hereby DENIED.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE